IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:14-cr-00032-MP-GRJ

MIKEL ALEMIN CRAIG,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 19, 2015. (Doc. 41), recommending that the guilty plea of defendant be accepted. The parties have been furnished a copy of the Report and Recommendation and waived the 10-day period to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The guilty plea is accepted and the Clerk is directed to set the matter for sentencing by separate notice.

**DONE AND ORDERED** this _28th_ day of August, 2015

                                              *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge