# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                  Case No.: **1:14cr32-MW/HTC**
                                                              **1:22cv66-MW/HTC**

MIKEL ALEMIN CRAIG,

    *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 100. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 100, is **accepted and adopted** as this Court's opinion. Defendant's "motion for leave to amend 28 U.S.C. § 2255," ECF No. 92, is **DENIED**. This Court previously adopted Magistrate Judge's report and recommendation, ECF No. 90, as amended by the Magistrate Judge's order, ECF No. 93. *See* ECF No. 98. Thus, this Court previously adopted the Magistrate Judge's recommendation that Defendant's amended § 2255 motion, ECF No. 84, should be dismissed as untimely. Accordingly, the Clerk shall enter judgment stating, "Defendant's amended § 2255 motion, ECF No. 84, is **DISMISSED as untimely**."

A certificate of appealability is **DENIED** as to the § 2255 motion in its entirety. The Clerk shall close the file.

    **SO ORDERED on October 24, 2022.**

                                              <u>s/Mark E. Walker</u>
                                              **Chief United States District Judge**