IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                            Case No.: 1:14cr32-MW/HTC
                                                        1:22cv66-MW/HTC

MIKEL ALEMIN CRAIG,

    *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 100, and has also reviewed *de novo* Defendant's late-filed objections, ECF No. 105. This Court previously adopted ECF No. 100 but vacated its Order to give Defendant an opportunity to file objections. Having now reviewed those objections, ECF No. 105, and determined that those objections are not well taken, this Court again adopts ECF No. 100 as this Court's opinion. Accordingly,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 100, is **accepted and adopted**, over Defendant's objections, as this Court's opinion. Defendant's "motion for leave to amend 28 U.S.C. § 2255," ECF No. 92, is **DENIED**. This Court previously adopted Magistrate Judge's report and recommendation, ECF No. 90, as amended

by the Magistrate Judge's order, ECF No. 93. *See* ECF No. 98. Thus, this Court previously adopted the Magistrate Judge's recommendation that Defendant's amended § 2255 motion, ECF No. 84, should be dismissed as untimely. Accordingly, the Clerk shall enter judgment stating, "Defendant's amended § 2255 motion, ECF No. 84, is **DISMISSED as untimely**." A certificate of appealability is **DENIED** as to the § 2255 motion in its entirety. The Clerk shall close the file.

**SO ORDERED on January 20, 2023.**

                                                          <u>s/Mark E. Walker</u>
                                                          **Chief United States District Judge**